# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3503

_____

| | | |
|---|---|---|
| Bruce D. Berstler, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| United Rentals, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 25, 2008
Filed: December 1, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bruce D. Berstler appeals the district court's[1] adverse grant of summary judgment in his diversity action. Upon de novo review, see Guerrero v. J.W. Hutton, Inc., 458 F.3d 830, 833 (8th Cir. 2006), we agree with the district court that United Rentals, Inc. was entitled to summary judgment on Berstler's claim under the Iowa Wage Payment Collection Act.[2] Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

[2]On appeal, Berstler has specifically waived his wrongful-termination claim.